NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INSTITUT PASTEUR & UNIVERSITE PIERRE ET MARIE CURIE,**

*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**

*Appellee,*

AND

**PRECISION BIOSCIENCES, INC.,**

*Appellee.*

---

2012-1484
(Reexamination No. 95/000,427)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

------------------------------------------------------------------------

**INSTITUT PASTEUR & UNIVERSITE PIERRE ET MARIE CURIE,**

*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR,
UNITED STATES PATENT AND TRADEMARK
OFFICE,**
*Appellee,*

AND

**PRECISION BIOSCIENCES, INC.,**
*Appellee.*

------------------------

2012-1485
(Reexamination No. 95/000,443)

------------------------

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.
-------------------------------------------------------------------

**INSTITUT PASTEUR & UNIVERSITE PIERRE ET
MARIE CURIE,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR,
UNITED STATES PATENT AND TRADEMARK
OFFICE,**
*Appellee,*

AND

**PRECISION BIOSCIENCES, INC.,**

*Appellee.*

---

2012-1486
(Reexamination No. 95/000,490)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**INSTITUT PASTEUR & UNIVERSITE PIERRE ET MARIE CURIE,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

AND

**PRECISION BIOSCIENCES, INC.,**
*Appellee.*

---

2012-1487
(Reexamination No. 95/000,491)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Institut Pasteur & Universite Pierre Et Marie Curie moves without opposition for an extension of time until September 26, 2012, to file its consolidated principal brief in the above captioned appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 2 4 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Thomas H. Jenkins, Esq.
Raymond T. Chen, Esq.
Michael James Twomey, Esq.

s27

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 4 2012

JAN HORBALY
CLERK